## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | Case No.   20-00141-CG |
| | * | |
| vs. | * | |
| | * | |
| ALEXANDER P. FLEMING | * | |

## GOVERNMENT'S POSITION RELATING TO
## PRESENTENCE INVESTIGATION REPORT AND GUIDELINE FACTORS

COMES NOW the United States of America, by and through its attorney, Richard W. Moore, the United States Attorney for the Southern District of Alabama, and responds as follows to the presentence investigation report and guideline factors and calculations contained therein:

The United States has no objection to the presentence investigation filed herein and adopts the application and determination of sentencing factors and the guidelines calculations contained therein.

WHEREFORE, the Government files its response to the presentence investigation report and the guideline computations contained therein.

Respectfully submitted,
RICHARD W. MOORE
UNITED STATES ATTORNEY
by:

*/s/ Vicki M. Davis*
Vicki M. Davis
Assistant United States Attorney
United States Attorney's Office
63 South Royal Street, Suite 600
Mobile, Alabama   36602
Telephone: (251) 441-5845
Facsimile:   (251) 441-5277

1